FLNB Local Form 1 (05/07)

United States Bankruptcy Court
Northern District of Florida

FILED USBC NDFL TLMAIL
APR 15 2021 AM 11:54

IN RE:

Julian Rodney Rooks Jr.

Case No.: _____
Chapter: __7__

Debtor(s)

## DEBTOR'S STATEMENT OF ASSISTANCE RECEIVED IN CONNECTION WITH THE FILING OF THIS CASE

[✓] I DID NOT RECEIVE ANY ASSISTANCE IN PREPARING THIS CASE FOR FILING.

[ ] I DID RECEIVE ASSISTANCE IN PREPARING THIS CASE FOR FILING.

1. The person or firm that assisted is:
   Name: _____
   Address: _____
   City: _____  ST: ____  Zip: _____
   Telephone: _____

2. I paid the sum of $ _____

3. I still owe the sum of $ _____

4. I agreed to turn over or give a security interest in the following property:

FILED USBC NDFL TLMAIL
APR 15 2021 AM 11:54

I (we) __Julian Rodney Rooks Jr.__, the Debtor(s), do hereby declare under penalty of perjury, that the statements made are true and correct.

Executed this __13__ day of __April__, 20 __21__.
         (Day)              (Month)         (Year)

/s/ _[signature]_
Signature of Debtor

_____
Signature of Joint Debtor