FILED USBC NDFL TLMAIL
APR 15 2021 AM 11:54

FLNB Local Form 16 (Rev. 07/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

In Re:  

**Julian Rodney Rooks Jr.**

Debtor(s)

Case No:  
Chapter: **7**

## STATEMENT OF NO EMPLOYMENT INCOME

*Check box if statement applies to debtor* [✓] Debtor, **Julian Rodney Rooks Jr.**, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[✓] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[ ] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

*Check box if statement applies to joint-debtor* [ ] Joint-debtor,_____, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[ ] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[ ] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **04/13/2021**   Signature of Debtor: /s/  /s/ *Julian Rodney Rooks Jr.*

Date:   Signature of Joint-Debtor: /s/ _____

By: /s/ _____
*ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL*