Form defntc (Rev. 4/15)

## UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.
    SSN/ITIN: xxx–xx–0775
    Debtor

Bankruptcy Case No.:  21–40139–KKS

Chapter:  7
Judge:  Karen K. Specie

## CLERK'S DEFICIENCY NOTICE

    NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

    Statement of Intent due 05/17/2021

    Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

Dated: April 16, 2021

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest