FORM orifpins (Rev. 12/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Julian Rodney Rooks Jr.
    SSN/ITIN: xxx–xx–0775
     Debtor

Bankruptcy Case No.:  21–40139–KKS

Chapter:  7
Judge:  Karen K. Specie

---

***ORDER DISAPPROVING DEBTOR(S)' APPLICATION
TO HAVE THE CHAPTER 7 FILING FEE WAIVED
AND DIRECTING PAYMENT IN INSTALLMENTS***

    This case is before the Court for consideration of the Debtor(s)' *Application to Have the Chapter 7 Filing Fee Waived* (Doc. No. 3 , "Application"). Based on the Application and the Record, the Application is DISAPPROVED.[1] It is

    **ORDERED:**

    The Debtor(s) shall pay the Chapter 7 filing fee totaling $ 338.00 in installments, on the following terms:

      $ 125.00 with the filing of the petition, or within 30 days after filing the petition;

      $ 71.00 within 60 days of filing the petition;

      $ 71.00 within 90 days of filing the petition;

      $ 71.00 within 120 days of filing the petition.

    Failure to fully and timely complete these installment payments may result in dismissal of this case.

    Until the filing fee is paid in full:

1. the Debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case;
2. the Court shall not grant Debtor(s) a discharge pursuant to Fed. R. Bankr. P. 4004(c)(1)(G).

    All payments must be made by cashier's check or money order payable to Clerk, United States Bankruptcy Court. Mail payments to United States Bankruptcy Court, 110 East Park Avenue, Suite 100, Tallahassee, Florida 32301. A list of approved payment methods is set forth on the Court's website, https://www.flnb.uscourts.gov/sites/flnb/files/prose_filingfees.pdf.

    **The Court cannot accept personal checks or credit card payments from a debtor. Do not mail cash to the Court.**

    *DONE AND ORDERED* on April 16, 2021.

                                                     /s/ Karen K. Specie
                                                   Karen K. Specie
                                                   U.S. Bankruptcy Judge

**SERVICE:** Service by the Court pursuant to applicable Rules.

_____
[1]If you have not filed your Schedules, you have not provided enough information for the Court to grant the Application under 28 U.S.C. § 1930(f), and this Order is without prejudice.