Form ntprbono (Rev. 04/21)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

---

In Re: Julian Rodney Rooks Jr.
    SSN/ITIN: xxx–xx–0775
    Debtor

Bankruptcy Case No.: 21–40139–KKS

Chapter: 7
Judge: Karen K. Specie

---

## *NOTICE OF PRO BONO RESOURCES*

The following resources are available if you wish to retain an attorney and are interested in learning about qualifications for receiving *pro bono* (free) or reduced fee legal representation:

- **The Northern District of Florida Bankruptcy Bar Association Pro Bono Initiative**
  (866) 944–6421

- **The Florida Bar Association Lawyer Referral Service**
  https://www.lrs.floridabar.org

- **The Bankruptcy Pro Bono Resource Locator** (a free service of the American Bankruptcy Institute)
  http://bankruptcyresources.org/content/resources?state=FL

- **FloridaLawHelp.org**
  https://floridalawhelp.org/

- **Florida Free Legal Answers**
  https://florida.freelegalanswers.org/

- or the following non–profit organization(s) which provide free or reduced fee legal representation in your area:

  **Three Rivers Legal Services (www.trls.org)**
  1000 NE 16th Ave., Bldg. I
  Gainesville, FL 32601
  (352) 372–0519

  **Legal Services of North Florida (www.lsnf.org)**

  | Tallahassee: | Quincy: |
  |---|---|
  | 2119 Delta Blvd. | 121 N. Jackson St. |
  | Tallahassee, FL 32303 | Quincy, FL 32351 |
  | (850) 385–9007 | (850) 875–9881 |

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by these entities.**

Employees of the U.S. Bankruptcy Courts are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flnb.uscourts.gov/filing–requirements.

Dated: April 16, 2021

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service by the Court to:   Debtor(s)