United States Bankruptcy Court
Northern District of Florida

| | |
|---|---|
| In re: | Case No. 21-40139-KKS |
| Julian Rodney Rooks, Jr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: sakinsany | Page 1 of 1 |
| Date Rcvd: Apr 16, 2021 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 18, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Sherry Chancellor | sherry.chancellor@yahoo.com  FL50@ecfcbis.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 2

Form defntc (Rev. 4/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx−xx−0775  
    Debtor

Bankruptcy Case No.: 21−40139−KKS

Chapter: 7  
Judge: Karen K. Specie

**CLERK'S DEFICIENCY NOTICE**

    NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

    Statement of Intent due 05/17/2021

    Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

Dated: April 16, 2021

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest