United States Bankruptcy Court
Northern District of Florida

| | |
|---|---|
| In re: | Case No. 21-40139-KKS |
| Julian Rodney Rooks, Jr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 16, 2021 | Form ID: ntprbono | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

**Recip ID      Recipient Name and Address**
db         +   Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021           Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

**Name              Email Address**

Sherry Chancellor
                   sherry.chancellor@yahoo.com  FL50@ecfcbis.com

United States Trustee
                   USTPRegion21.TL.ECF@usdoj.gov

TOTAL: 2

Form ntprbono (Rev. 04/21)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx−xx−0775  
    Debtor

Bankruptcy Case No.: 21−40139−KKS

Chapter: 7  
Judge: Karen K. Specie

### *NOTICE OF PRO BONO RESOURCES*

The following resources are available if you wish to retain an attorney and are interested in learning about qualifications for receiving *pro bono* (free) or reduced fee legal representation:

- **The Northern District of Florida Bankruptcy Bar Association Pro Bono Initiative**
    (866) 944−6421

- **The Florida Bar Association Lawyer Referral Service**
    https://www.lrs.floridabar.org

- **The Bankruptcy Pro Bono Resource Locator** (a free service of the American Bankruptcy Institute)
    http://bankruptcyresources.org/content/resources?state=FL

- **FloridaLawHelp.org**
    https://floridalawhelp.org/

- **Florida Free Legal Answers**
    https://florida.freelegalanswers.org/

- or the following non−profit organization(s) which provide free or reduced fee legal representation in your area:

    **Three Rivers Legal Services (www.trls.org)**
    1000 NE 16th Ave., Bldg. I
    Gainesville, FL 32601
    (352) 372−0519

    **Legal Services of North Florida (www.lsnf.org)**

    | Tallahassee: | Quincy: |
    |---|---|
    | 2119 Delta Blvd. | 121 N. Jackson St. |
    | Tallahassee, FL 32303 | Quincy, FL 32351 |
    | (850) 385−9007 | (850) 875−9881 |

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by these entities.**

Employees of the U.S. Bankruptcy Courts are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flnb.uscourts.gov/filing−requirements.

Dated: April 16, 2021

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

Service by the Court to: Debtor(s)