United States Bankruptcy Court

Northern District of Florida

| | |
|---|---|
| In re: | Case No. 21-40139-KKS |
| Julian Rodney Rooks, Jr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: sakinsany | Page 1 of 1 |
| Date Rcvd: Apr 16, 2021 | Form ID: orifpins | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Sherry Chancellor | sherry.chancellor@yahoo.com  FL50@ecfcbis.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 2

FORM orifpins (Rev. 12/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx−xx−0775  
    Debtor

Bankruptcy Case No.: 21−40139−KKS

Chapter: 7  
Judge: Karen K. Specie

*ORDER DISAPPROVING DEBTOR(S)' APPLICATION  
TO HAVE THE CHAPTER 7 FILING FEE WAIVED  
AND DIRECTING PAYMENT IN INSTALLMENTS*

    This case is before the Court for consideration of the Debtor(s)' *Application to Have the Chapter 7 Filing Fee Waived* (Doc. No. 3 , "Application"). Based on the Application and the Record, the Application is DISAPPROVED.[1] It is

**ORDERED:**

The Debtor(s) shall pay the Chapter 7 filing fee totaling $ 338.00 in installments, on the following terms:

    $ 125.00 with the filing of the petition, or within 30 days after filing the petition;

    $ 71.00 within 60 days of filing the petition;

    $ 71.00 within 90 days of filing the petition;

    $ 71.00 within 120 days of filing the petition.

Failure to fully and timely complete these installment payments may result in dismissal of this case.

Until the filing fee is paid in full:

1. the Debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case;
2. the Court shall not grant Debtor(s) a discharge pursuant to Fed. R. Bankr. P. 4004(c)(1)(G).

    All payments must be made by cashier's check or money order payable to Clerk, United States Bankruptcy Court. Mail payments to United States Bankruptcy Court, 110 East Park Avenue, Suite 100, Tallahassee, Florida 32301. A list of approved payment methods is set forth on the Court's website, https://www.flnb.uscourts.gov/sites/flnb/files/prose_filingfees.pdf.

    **The Court cannot accept personal checks or credit card payments from a debtor. Do not mail cash to the Court.**

    *DONE AND ORDERED* on April 16, 2021.

                                                /s/ Karen K. Specie  
                                              Karen K. Specie  
                                              U.S. Bankruptcy Judge

**SERVICE:** Service by the Court pursuant to applicable Rules.

---

[1] If you have not filed your Schedules, you have not provided enough information for the Court to grant the Application under 28 U.S.C. § 1930(f), and this Order is without prejudice.