FORM onifp (09/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx–xx–0775  
    Debtor

Bankruptcy Case No.:  21–40139–KKS

Chapter:  7  
Judge:  Karen K. Specie

---

### *ORDER AND NOTICE OF HEARING ON APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED (Doc. No. 24 )*

    THIS CASE is before the Court on the Debtor(s)' *Application to Have the Chapter 7 Filing Fee Waived* ("Application," Doc. No. 24 ). Debtor(s) filed this Chapter 7 case on April 15, 2021. The first date for the § 341 meeting of creditors is May 24, 2021. It is

    ORDERED:

    1. CREDITORS AND PARTIES IN INTEREST HAVE UNTIL FOURTEEN (14) DAYS AFTER THE FIRST DATE SET FOR THE § 341 MEETING OF CREDITORS WITHIN WHICH TO FILE OBJECTIONS TO THE APPLICATION.

    2. IF NO PARTY FILES A TIMELY OBJECTION, THE COURT MAY ENTER AN ORDER APPROVING THE APPLICATION WITHOUT A HEARING.

    3. If a party files a timely objection, the Court may rule on the papers or schedule a hearing by separate notice.

    DONE and ORDERED on May 3, 2021.

    /s/ Karen K. Specie  
    Karen K. Specie  
    U.S. Bankruptcy Judge

**SERVICE:** Service by the Court to all interested parties.