United States Bankruptcy Court

Northern District of Florida

| | |
|---|---|
| In re: | Case No. 21-40139-KKS |
| Julian Rodney Rooks, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: sakinsany | Page 1 of 2 |
| Date Rcvd: May 03, 2021 | Form ID: onifp | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |
| 2397249 | + | Action Financial Services, LLC., 1200 South Pine Island Road, Plantation, FL 33324-4413 |
| 2397263 | | Default Resolution Group, U.S. Department of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 2397250 | + | Dermatology Associates of, Tallahassee, P.A., P.O. Box 13859, Tallahassee, FL 32317-3859 |
| 2397420 | + | Finance Authority of Maine, P.O. Box 949, 5 Community Drive, Newark, DE 19715-0949 |
| 2397258 | + | JP Morgan Chase Bank, 1 Chase Manhattan Plaza, New York, NY 10005-1401 |
| 2397253 | + | St. Matthew's University, Inc., 12124 High Tech Ave., Suite 290, Orlando, FL 32817-8374 |
| 2397262 | + | Student Finance Corporation, Attn: Gary Hawthorne, 5 Radnor Corporate Center, Ste. 501 100 Matsonford Road, Radnor, PA 19087-4558 |
| 2397260 | | Student Finance Corporation, Attn: Gary Hawthorne, 170 Lukens Dr., New Castle DE 19720-2727 |
| 2397261 | + | US Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |
| 2397255 | #+ | Wells Fargo, 101 North Philips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 2397254 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 04 2021 04:10:00 | USA Funds, 9998 Crosspoint Blvd., Suite 400, Indianapolis, IN 46256 |
| 2397256 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 04 2021 03:26:13 | Capital One, Attn: General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 2397257 | + | Email/Text: CRONEY@FAMEMAINE.COM | May 04 2021 04:11:00 | Finance Authority of Maine, P.O. Box 949, 5 Community Drive, Augusta, ME 04330-8087 |
| 2397251 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 04 2021 03:26:13 | JP Morgan Chase, 270 Park Avenue, New York, NY 10017 |
| 2397252 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 04 2021 04:10:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1226 |
| 2397259 | + | Email/Text: ebn_bkrt_forms@salliemae.com | May 04 2021 04:10:00 | SLM Corporation, Corporate Secretary, 300 Continental Drive, Newark, DE 19713-4322 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2397401 | ##+ | JP Morgan Chase (Providian), 270 Park Avenue, New York, NY 10017-7924 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 1129-4 | User: sakinsany | Page 2 of 2 |
| Date Rcvd: May 03, 2021 | Form ID: onifp | Total Noticed: 17 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Sherry Chancellor | sherry.chancellor@yahoo.com  FL50@ecfcbis.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 2

FORM onifp (09/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx−xx−0775  
    Debtor

Bankruptcy Case No.: 21−40139−KKS

Chapter: 7  
Judge: Karen K. Specie

*ORDER AND NOTICE OF HEARING ON APPLICATION*  
*TO HAVE THE CHAPTER 7 FILING FEE WAIVED (Doc. No. 24 )*

    THIS CASE is before the Court on the Debtor(s)' *Application to Have the Chapter 7 Filing Fee Waived* ("Application," Doc. No. 24 ). Debtor(s) filed this Chapter 7 case on April 15, 2021. The first date for the § 341 meeting of creditors is May 24, 2021. It is

    ORDERED:

    1. CREDITORS AND PARTIES IN INTEREST HAVE UNTIL FOURTEEN (14) DAYS AFTER THE FIRST DATE SET FOR THE § 341 MEETING OF CREDITORS WITHIN WHICH TO FILE OBJECTIONS TO THE APPLICATION.

    2. IF NO PARTY FILES A TIMELY OBJECTION, THE COURT MAY ENTER AN ORDER APPROVING THE APPLICATION WITHOUT A HEARING.

    3. If a party files a timely objection, the Court may rule on the papers or schedule a hearing by separate notice.

    DONE and ORDERED on May 3, 2021.

                                       /s/ Karen K. Specie  
                                       Karen K. Specie  
                                       U.S. Bankruptcy Judge

**SERVICE:** Service by the Court to all interested parties.