FORM orifpyes (Rev. 06/14)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Julian Rodney Rooks Jr.  
    SSN/ITIN: xxx–xx–0775  
    Debtor

Bankruptcy Case No.:  21–40139–KKS

Chapter:  7  
Judge:  Karen K. Specie

### *ORDER APPROVING DEBTOR(S)' APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED*

    Upon consideration of the Debtor(s)' *Application to Have the Chapter 7 Filing Fee Waived*, the Court orders that the application be APPROVED. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted or it appears that the filing fee should be paid out of assets recovered by the Trustee.

    ***DONE AND ORDERED*** at Tallahassee, Florida, June 10, 2021.

<u>/s/ Karen K. Specie</u>  
Karen K. Specie  
U.S. Bankruptcy Judge

**SERVICE:** Service by the Court pursuant to applicable Rules.