United States Bankruptcy Court

Northern District of Florida

| | |
|---|---|
| In re: | Case No. 21-40139-KKS |
| Julian Rodney Rooks, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: sakinsany | Page 1 of 2 |
| Date Rcvd: Jul 29, 2021 | Form ID: 318 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julian Rodney Rooks, Jr., 3648 Dartford Lane, Tallahassee, FL 32311-7773 |
| smg | + | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301-7736 |
| 2397249 | + | Action Financial Services, LLC., 1200 South Pine Island Road, Plantation, FL 33324-4413 |
| 2397263 | | Default Resolution Group, U.S. Department of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 2397250 | + | Dermatology Associates of, Tallahassee, P.A., P.O. Box 13859, Tallahassee, FL 32317-3859 |
| 2397420 | + | Finance Authority of Maine, P.O. Box 949, 5 Community Drive, Newark, DE 19715-0949 |
| 2397258 | + | JP Morgan Chase Bank, 1 Chase Manhattan Plaza, New York, NY 10005-1401 |
| 2397253 | + | St. Matthew's University, Inc., 12124 High Tech Ave., Suite 290, Orlando, FL 32817-8374 |
| 2397262 | + | Student Finance Corporation, Attn: Gary Hawthorne, 5 Radnor Corporate Center, Ste. 501 100 Matsonford Road, Radnor, PA 19087-4558 |
| 2397260 | | Student Finance Corporation, Attn: Gary Hawthorne, 170 Lukens Dr., New Castle DE 19720-2727 |
| 2397261 | + | US Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Jul 30 2021 03:23:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: FLDEPREV.COM | Jul 30 2021 03:23:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 2397254 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 29 2021 23:15:00 | USA Funds, 9998 Crosspoint Blvd., Suite 400, Indianapolis, IN 46256 |
| 2397256 | + | EDI: CAPITALONE.COM | Jul 30 2021 03:23:00 | Capital One, Attn: General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 2397257 | + | Email/Text: CRONEY@FAMEMAINE.COM | Jul 29 2021 23:15:00 | Finance Authority of Maine, P.O. Box 949, 5 Community Drive, Augusta, ME 04330-8087 |
| 2397251 | | EDI: JPMORGANCHASE | Jul 30 2021 03:23:00 | JP Morgan Chase, 270 Park Avenue, New York, NY 10017 |
| 2397252 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 29 2021 23:15:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1217 |
| 2397259 | + | EDI: SALLIEMAEBANK.COM | Jul 30 2021 03:23:00 | SLM Corporation, Corporate Secretary, 300 Continental Drive, Newark, DE 19713-4322 |
| 2397255 | + | EDI: WFFC.COM | Jul 30 2021 03:23:00 | Wells Fargo, 101 North Philips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 9

| | | |
|---|---|---|
| District/off: 1129-4 | User: sakinsany | Page 2 of 2 |
| Date Rcvd: Jul 29, 2021 | Form ID: 318 | Total Noticed: 20 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2397401 | ##+ | JP Morgan Chase (Providian), 270 Park Avenue, New York, NY 10017-7924 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Sherry Chancellor | sherry.chancellor@yahoo.com  FL50@ecfcbis.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 2

| Information to identify the case: | |
|---|---|
| Debtor 1    **Julian Rodney Rooks Jr.**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0775**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)    First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Florida** | |
| Case number:   **21–40139–KKS** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Julian Rodney Rooks Jr.

7/29/21                                                                      **By the court:**   Karen K. Specie
                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**